U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 29 2013

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                    CIVIL NO. 13-2019

TALISHA S. THOMPSON,
    Defendant.

## CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint filed herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The defendant hereby agrees to the entry of Judgment in the sum of $29,030.00 principal and postjudgment interest at the legal rate from the date of execution of this Consent Judgment until paid in full. Defendant agrees to make monthly payments in an amount approved by the U. S. Attorney's Office, until the debt is paid in full.

4. This Consent Judgment shall be recorded among the records of the Circuit Court in the county of residence of the defendant, and all other jurisdictions where it is determined by the United States that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 414 Parker Avenue, Fort Smith, Arkansas 72901.

6. The defendant shall provide the United States with current, accurate evidence of her assets, income and expenditures (including, but not limited to, her Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney.

7. The United States will submit this debt to the Department of the Treasury for inclusion in the Treasury Offset program. Under this program, any federal payment Talisha S. Thompson would normally receive may be offset and applied to this debt.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that the plaintiff recover and have judgment against the defendant Talisha S. Thompson, in the amount of $29,030.00, with post judgment interest at the legal rate of 0.14 percent pursuant to 28 U.S.C. Section 1961(a) from date of judgment until judgment is paid in full, and $350.00 filing fees pursuant to 28 U.S.C. §§ 1920 and 2412; and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

1-28-2013
Date

P. K. Holmes
U. S. DISTRICT COURT JUDGE

Approved:

*/s/ Deborah Groom*
Deborah Groom
Assistant U. S. Attorney
Arkansas Bar No. 80054
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125

*/s/ Talisha Thompson*
Talisha S. Thompson
2001 North 53rd Street
Fort Smith, AR 72904